UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>YOLO COUNTY SUPERIOR COURT,<br><br>Defendant. | No.  2:23-cv-1155-TLN-KJN<br><br><br>**ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in this civil action.  On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.  Pursuant to the amended vexatious litigant order, the undersigned reviewed Plaintiff's complaint filed June 16, 2023, in the instant action and finds that it is related to his Alameda County conviction.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed; the Clerk of the Court is directed to close this case.

Date:  June 29, 2023

_____
Troy L. Nunley
United States District Judge

1